# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHAD C. RENFRO-NARDUZZI | : | No. 17cv2394 |
| Plaintiff | : | |
| v. | : | Judge Jones |
| | : | |
| SGT. MILLER, et al. | : | |
| Defendants | : | |

## ORDER OF RECUSAL

AND NOW, this 17th day of July, 2018, **IT IS HEREBY ORDERED THAT** the undersigned judge is recused from the above captioned action.  The Clerk of Court shall reassign the case to another judge.

        s/ John E. Jones III
        John E. Jones III
        United States District Judge